UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARLON WILLIAMS,<br>Defendant. | Case No. CR 17-170-RHW<br><br>**ORDER GRANTING LOS ANGELES POLICE DEPARTMENT'S MOTION TO QUASH DEFENDANT'S SUBPOENA** |

Before the Court is a Motion to Quash Defendant's Subpoena filed *ex parte* by the Los Angeles Police Department, the real party in interest. On April 4, 2018, the Court requested a statement from a government attorney with personal knowledge that the government has complied with its duties under *U.S. v. Henthorn*, 931 F.2d 29, 31 (9th Cir. 1991).

The government filed its response on April 6, 2018, in which Assistant United States Attorney Carolyn Small stated that she personally reviewed the personnel files of Los Angeles Police Department Officer Robert Del Papa, Officer Ramon Soria, and Lieutenant Roger Murphy, and does not believe there is any information that is appropriate for impeachment or admissible at trial; however, out of an abundance of caution, the government filed an *in camera* request for review of certain incidents found within the files. The Court has reviewed the

**ORDER GRANTING LOS ANGELES POLICE DEPARTMENT'S MOTION TO QUASH DEFENDANT'S SUBPOENA** * 1

disclosure and finds that the government need not provide them under *Henthorn* or *Brady*.

The Court finds the government has complied with its disclosure requirements. The Los Angeles Police Department's motion to quash Defendant's subpoena is **GRANTED**.

**Accordingly, IT IS HEREBY ORDERED:**

1. The Los Angeles Police Department's Motion to Quash Defendant's Subpoena is **GRANTED** and the subpoena is quashed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 9th day of April, 2018.

<u>*s/Robert H. Whaley*</u>
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING LOS ANGELES POLICE DEPARTMENT'S MOTION TO QUASH DEFENDANT'S SUBPOENA   \* 2**